IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Solano and Napa Counties Elec. Workers Trust Funds, | NO. C 11-05045 JW |
|---|---|
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE** |
| v. | |
| Porges Enters., | |
| Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on June 11, 2012. Pursuant to the Court's Scheduling Order in this case, the parties were required to file a Preliminary Pretrial Conference Statement on or before June 1, 2012. (See Scheduling Order at 2, Docket Item No. 15.) However, the parties have not filed a Preliminary Pretrial Conference Statement.[1]

In light of the parties' failure to file a Preliminary Pretrial Conference Statement, which has frustrated the Court's ability to evaluate this case, the Court finds good cause to CONTINUE the June 11 Preliminary Pretrial Conference to **June 25, 2012 at 11 a.m.** On or before **June 15, 2012**, the parties shall file a Preliminary Pretrial Conference Statement pursuant to the Court's Scheduling Order.

Failure to comply with this Order may result in a dismissal for lack of prosecution. See Fed. R. Civ. P. 41(b).

Dated: June 5, 2012

JAMES WARE
United States District Chief Judge

---

[1] Indeed, there has been no activity in this case since February 3, 2012, when the parties filed the Joint Case Management Statement that the Court addressed in its Scheduling Order. (See Docket Item No. 13.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin Kerl Lunch blunch@neyhartlaw.com
Chad Tighe Wishchuk cwishchuk@mftb.com
Chloe Isabelle Quail cquail@neyhartlaw.com
Laura Beatty MacNeel lmacneel@mftb.com
Richard K. Grosboll rgrosboll@neyhartlaw.com

**Dated: June 5, 2012**               **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                      **William Noble**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California