1  Richard K. Grosboll (SB # 099729)
   Benjamin K. Lunch (SB #246015)
2  Chloe Quail (SB# 262797)
   NEYHART, ANDERSON, FLYNN & GROSBOLL
3  369 Pine Street, Suite 800
   San Francisco, CA  94104-3323
4  Tel.     (415) 677-9440
   Fax     (415) 677-9445
5  Email: cquail@neyhartlaw.com

6  **Attorneys for Plaintiffs**

7  Chad T. Wishchuk (SBN 214779)
   Laura B. MacNeel (SBN 251540)
8  MARKS, FINCH, THORNTON & BAIRD, LLP
   4747 Executive Drive, Suite 700
9  San Diego, CA 92121-3107
   Tel.     (858) 737-3100
10 Fax     (858) 737-3101
   E-mail: cwishchuk@mftb.com
11 E-mail: lmacneel@mftb.com

12
   **Attorneys for Defendant**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SOLANO AND NAPA COUNTIES ELECTRICAL WORKERS TRUST FUNDS,<br><br>PLAINTIFF,<br><br>VS.<br><br>PORGES ENTERPRISES, INC. DBA ACCELERATED ELECTRIC,<br><br>DEFENDANT. | Case No.   11-cv-05045-JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date:       ~~November 9, 2012~~<br>Time:      1:30 p.m.<br>Judge:     Hon. Jeffrey S. White<br>Courtroom: Courtroom 9, 19th Floor<br>Location:   450 McAllister Street<br>                  San Francisco, CA 94102 |

Defendant Porges Enterprise, Inc., dba Accelerated Electric and Plaintiffs the Solano and Napa Counties Electrical Workers' Trust Funds stipulate to continue the Case Management Conference ("CMC") scheduled for November 9, 2012 at 1:30 p.m. to a later date due to the fact that Plaintiffs' counsel, Chloe Quail, has a previously scheduled hearing that directly conflicts with the CMC. The parties request that the Court schedule the CMC on a date after November 9, 2012 and will file a joint CMC statement in accordance with the new case management schedule.

Dated: September 18, 2012                      Respectfully submitted,

                                                               NEYHART, ANDERSON,
                                                               FLYNN & GROSBOLL

                                                               By: ___*/s/ Chloe Quail*
                                                                    Chloe Quail
                                                                    Attorneys for Plaintiffs

DATED: September 18, 2012                      MARKS, FINCH, THORNTON & BAIRD, LLP

                                                               By: _____*/s/ Laura MacNeel*
                                                                    Laura B. MacNeel
                                                                   Attorneys for Defendant

The stipulation is GRANTED. The case management conference is CONTINUED to November 16, 2012 at 1:30 p.m.

Dated: September 19, 2012

                                                               HONORABLE JEFFREY S. WHITE
                                                               UNITED STATES DISTRICT JUDGE