IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOLANO AND NAPA COUNTIES
ELECTRICAL WORKERS,

    Plaintiff,

v.

PORGES ENTERPRISES INC.,

    Defendant.

No. C 11-05045 JSW

**ORDER TO SHOW CAUSE, GRANTING MOTION TO WITHDRAW, AND VACATING HEARING DATES ON OUTSTANDING MOTIONS**

    On October 30, 2012, Plaintiff filed a motion for summary judgment. The opposition to the motion was due to be filed no later than November 13, 2012. The motion is currently set to be heard on this Court's calendar on March 1, 2013. The hearing date of March 1, 2013, is HEREBY VACATED.

    On January 24, 2013, counsel for Defendant Porges Enterprises, Inc. filed a motion to withdraw as counsel and set the motion for hearing on May 3, 2013. Although responses were due to be filed no later than February 7, 2013, there has been no opposition filed to the motion to withdraw. The motion is unopposed and, based upon a showing of good cause, is GRANTED. The hearing date of May 3, 2013, is HEREBY VACATED.

    Due to the fact that Defendant's counsel has withdrawn and corporations may only appear in federal courts through licensed counsel, the Court issues this Order to Show Cause to Defendant to ascertain whether Defendant intends to employ substitute counsel and to respond to the outstanding motion for summary judgment. Defendant is HEREBY ORDERED TO

SHOW CAUSE in writing by no later than March 1, 2013, whether it intends to employ substitute counsel and to respond to the outstanding motion for summary judgment.

Failure to respond shall result in default, at which point Plaintiff may move for entry of default by the Clerk, followed by a motion for default judgment.

**IT IS SO ORDERED.**

Dated: February 15, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE