IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLANO AND NAPA COUNTIES ELECTRICAL WORKERS,<br><br>    Plaintiff,<br><br>  v.<br><br>PORGES ENTERPRISES INC.,<br><br>    Defendant.<br>_____/ | No. C 11-05045 JSW<br><br>**REVISED ORDER TO SHOW CAUSE** |

On October 30, 2012, Plaintiff filed a motion for summary judgment. The opposition to the motion was due to be filed no later than November 13, 2012. No opposition was filed and the Court vacated the hearing.

The motion of counsel for Defendant Porges Enterprises, Inc. to withdraw was granted on February 15, 2013. Due to the fact that corporations may only appear in federal courts through licensed counsel, the Court issued an Order to Show Cause to Defendant to ascertain whether Defendant intended to employ substitute counsel and to respond to the outstanding motion for summary judgment. Defendant was ordered to show cause in writing by no later than March 1, 2013, whether it intends to employ substitute counsel and to respond to the outstanding motion for summary judgment.

Defendant has failed to respond. The Court HEREBY ISSUES this revised Order to Show Cause requiring Defendant to respond in writing by no later than March 29, 2013, whether it intends to oppose the outstanding motion for summary judgment. Failure to respond

at that time shall result in entry of judgment in Plaintiff's favor.

In addition, the case management conference scheduled for March 22, 2013 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: March 18, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE