1
2    UNITED STATES DISTRICT COURT
3    NORTHERN DISTRICT OF CALIFORNIA
4
5    SOLANO AND NAPA COUNTIES
     ELECTRICAL WORKERS TRUST FUNDS,        Case No.   11-cv-05045-JSW
6
7                                           [~~PROPOSED~~] ORDER ENTERING
                                            JUDGMENT FOR PLAINTIFFS ON
             PLAINTIFF,                     MOTION FOR SUMMARY JUDGMENT
8
9
10           VS.
11
12   PORGES ENTERPRISES, INC. DBA
     ACCELERATED ELECTRIC,
13
14
             DEFENDANT.
15

1                                    Case No.  11-cv-05045-JSW
                                                            [~~PROPOSED~~] ORDER

1  [PROPOSED] ORDER:

2      Defendant having failed to respond to the Court's February 15, 2013 and March 18, 2013 Orders to Show Cause, IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED and judgment is accordingly entered against Defendant PORGES ENTERPRISES, INC. DBA ACCELERATED ELECTRIC in the amount of $15,039.96.

7  IT IS SO ORDERED.

9  Dated: April 8, 2013     *Jeffrey S. White*
                            U.S. District Court Judge