UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLANO AND NAPA COUNTIES ELECTRICAL WORKERS TRUST FUNDS,<br><br>PLAINTIFF,<br><br>VS.<br><br>PORGES ENTERPRISES, INC. DBA ACCELERATED ELECTRIC,<br><br>DEFENDANT. | Case No. 11-cv-05045-JSW<br><br>**[PROPOSED] ORDER ENTERING JUDGMENT FOR PLAINTIFFS ON MOTION FOR SUMMARY JUDGMENT** |

[PROPOSED] ORDER:

Defendant having failed to respond to the Court's February 15, 2013 and March 18, 2013 Orders to Show Cause, IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED and judgment is accordingly entered against Defendant PORGES ENTERPRISES, INC. DBA ACCELERATED ELECTRIC in the amount of $15,039.96.

IT IS SO ORDERED.

Dated: April 8, 2013

_____
U.S. District Court Judge